# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Berkeley HeartLab, Inc.,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>Berkeley Heart Europe AS,<br><br>　　　　　　　Respondent. | Civ. No. _____ |

## CORPORATE DISCLOSURE STATEMENT

Berkeley HeartLab, Inc. ("BHL") makes this corporate disclosure statement pursuant to Local Rule 7.3.  BHL is a corporation formed under the laws of the state of California, and its headquarters are located at 468 Littlefield Avenue, South San Francisco, California.  BHL is a subsidiary of Celera Corporation ("Celera"), which is itself owned by Quest Diagnostics Incorporated ("Quest Diagnostics").  Celera's headquarters are located at 1401 Harbor Bay Parkway, Alameda, California.  Quest Diagnostics' headquarters are located at 3 Giralda Farms, Madison, New Jersey.  Quest Diagnostics' stock is publicly traded.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　*/s/ Jack W. Pirozzolo*
　　　　　　　　　　　　　　　　　　　　　　Jack W. Pirozzolo (BBO# 564879)
　　　　　　　　　　　　　　　　　　　　　　SIDLEY AUSTIN LLP
　　　　　　　　　　　　　　　　　　　　　　60 State Street, 34th Floor
　　　　　　　　　　　　　　　　　　　　　　Boston, MA, 02109
　　　　　　　　　　　　　　　　　　　　　　(617) 223- 0300
　　　　　　　　　　　　　　　　　　　　　　jpirozzolo@sidley.com

Dated:  November 3, 2014