# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Berkeley HeartLab, Inc., <br><br> Petitioner, <br><br> v. <br><br> Berkeley Heart Europe AS, <br><br> Respondent. | Civ. No. 1:14-cv-14059-FDS |

## NOTICE OF INTENT TO SATISFY ORDER
## CONFIRMING FOREIGN ARBITRAL AWARD

Petitioner, Berkeley HeartLab, Inc. ("BHL"), hereby respectfully provides this Court with Notice of BHL's intent to satisfy this Court's Order Confirming the Foreign Arbitral Award (Dkt. 8) (the "Order"). BHL intends to obtain discovery pursuant to Fed. R. Civ. P. 69(a)(2). This Notice is not intended as a motion for attorneys' fees pursuant to Fed. R. Civ. P. 54(d)(2)(A). However, BHL is in the process of taking affirmative steps to satisfy the Order. Accordingly, BHL does anticipate revisiting the need to make a motion for attorneys' fees at a future date.

Respectfully submitted,

*/s/ Jack W. Pirozzolo*
Jack W. Pirozzolo (BBO# 564879)
SIDLEY AUSTIN LLP
60 State Street, 34th Floor
Boston, MA, 02109
(617) 223- 0304
jpirozzolo@sidley.com

Dated: May 21, 2015

## **CERTIFICATE OF SERVICE**

  I hereby certify that the foregoing document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on May 21, 2015.

              */s/ Jack W. Pirozzolo*
              Jack W. Pirozzolo